**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MARY K. ANDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 3:14-cv-02384** |
| **v.** | ) | **Judge Sharp** |
| | ) | **Magistrate Judge Bryant** |
| **MIRACLE CHRYSLER PLYMOUTH** | ) | **JURY DEMAND** |
| **DODGE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is Defendant Miracle Chrysler Plymouth Dodge, Inc.'s Motion for Summary Judgment. (Docket No. 17.) For the reasons stated in the accompanying Memorandum Opinion, the Motion is **GRANTED** as to Plaintiff's sexual harassment and retaliatory harassment claims and **DENIED** as to Plaintiff's retaliatory discharge and punitive damages claims.

It is so **ORDERED**.

Entered this the 26th day of May, 2016.

_____
KEVIN SHARP, CHIEF JUDGE
UNITED STATES DISTRICT COURT